DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONNA REID O'NEIL** and **CHARLES IAN NASH,**
as Co-Trustees of the Margaret E. Reid Income Only Irrevocable Trust
dated November 14, 2012,
Appellants,

v.

**MARGARET REID FALLON,**
a former Co-Trustee of the Margaret E. Reid Income Only Irrevocable
Trust dated November 14, 2012,
Appellee.

No. 4D22-1020

[March 30, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman, Judge; L.T. Case No. 50-2017-CA-004399-XXXX-MB.

Benjamin Sunshine and Yueh-Mei Kim Nutter of Brinkley Morgan, Fort Lauderdale, for appellants.

Laura Bourne Burkhalter of Laura Bourne Burkhalter, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***